


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

In re:
4410 North Pershing Avenue
Suites C-1 & C-2
Stockton, California

) No. 2:12sw455 DAD
)
)
)   DAD
) [proposed] ORDER
)

Good cause having been shown, the Court hereby orders the affidavit filed in support of the search warrant, and the application for sealing, to filed under seal until further order of the Court.

IT IS SO ORDERED:

DATED: 8/20/12

_____
HONORABLE DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE