```
BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2744
```

**FILED**

FEB 4 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>In the Matter of Search of:<br>4410 North Pershing Avenue,<br>Suites C-1 & C-2, Stockton,<br>California | 2:12-SW-0455 DAD<br><br>ORDER FOR EXTENSION OF TIME<br>TO COMPLETE SEARCH OF<br>SEIZED ELECTRONIC IMAGES |

Good cause appearing, the Court hereby orders that the United States may have an additional 90 days from the date of this Order to complete the search of the digital items seized in this case.

IT IS SO ORDERED.

DATED: 2/4/13

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE