BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

DEC 1 8 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of: 4410 North Pershing Avenue, Suites C-1 & C-2, Stockton, California | CASE NO. 2:12-SW-0455 DAD<br><br>REQUEST TO UNSEAL CASE RECORDS AND [PROPOSED] ORDER |

TO THE HONORABLE ALLISON CLAIRE, UNITED STATES MAGISTRATE JUDGE:

COMES NOW Philip A. Ferrari, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On August 20, 2012, the Honorable Dale A. Drozd issued an order sealing the affidavit in support of a request for a search warrant and related documents, in the above-referenced matter.

2. In accordance with the terms of the warrant, on two occasions the United States sought and received extensions of time to search digital evidence seized during the execution of the above-referenced warrant.

3. The warrant in the above-referenced matter has been executed, and an indictment has been returned as the result of this investigation in case number CR S 13-0378 JAM. The Government requests that all documents filed in the above-referenced matter be unsealed so that they may be produced in discovery.

THEREFORE, your petitioner prays that the documents in case No. 2:12-SW-0455 DAD be

unsealed and made part of the public record.

Dated: December 17, 2013

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Philip A. Ferrari
PHILIP A. FERRARI
Assistant United States Attorney

The Court hereby orders that the documents in case No. 2:12-SW-0455 DAD be unsealed and made part of the public record.

DATED: 12/17/13

By: /s/ Allison Claire
HON. ALLISON CLAIRE
United States Magistrate Judge